B 1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Octavius Linq Holding Co., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all):<br>45-1291316 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br><br>**One Caesars Palace Dr.**<br>**Las Vegas, Nevada** | ZIP CODE<br>89109 | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Clark County, Nevada** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check **one** box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

Estimated Assets (on a consolidated basis)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

Estimated Liabilities (on a consolidated basis)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

B 1 (Official Form 1) (4/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Octavius Linq Holding Co., LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Rider 1** | Case Number: | Date Filed: |
| District:<br>**Northern District of Illinois** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

  ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                    (Name of landlord that obtained judgment)

                    _____
                    (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B 1 (Official Form 1) (4/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Octavius Linq Holding Co., LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>    Telephone Number (If not represented by attorney)<br><br>_____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>    (Printed Name of Foreign Representative)<br><br>_____<br>    Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X ***/s/ David R. Seligman***<br>    Signature of Attorney for Debtor(s)<br>    **David R. Seligman, P.C.**<br>    Printed Name of Attorney for Debtor(s)<br>    **Kirkland & Ellis LLP**<br>    Firm Name<br>    **300 North LaSalle**<br>    **Chicago, Illinois 60654**<br>    Address<br>    **(312) 862-2000**<br>    Telephone Number<br>    **January 15, 2015**<br>    Date<br><br>\* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br><br>X ***/s/ Mary E. Higgins***<br>    Signature of Authorized Individual<br><br>    **Mary E. Higgins**<br>    Printed Name of Authorized Individual<br><br>    **Authorized Signatory**<br>    Title of Authorized Individual<br><br>    **January 15, 2015**<br>    Date | _____<br>Address<br><br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Illinois for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Caesars Entertainment Operating Company, Inc.

| The Debtors | |
|---|---|
| • Caesars Entertainment Operating Company, Inc. | • 190 Flamingo, LLC |
| • 3535 LV Corp. | • 3535 LV Parent, LLC |
| • AJP Holdings, LLC | • AJP Parent, LLC |
| • B I Gaming Corporation | • Bally's Las Vegas Manager, LLC |
| • Bally's Midwest Casino, Inc. | • Bally's Park Place, Inc. |
| • Benco, Inc. | • Biloxi Hammond, LLC |
| • Biloxi Village Walk Development, LLC | • BL Development Corp. |
| • Boardwalk Regency Corporation | • BPP Providence Acquisition Company, LLC |
| • Caesars Air, LLC | • Caesars Baltimore Acquisition Company, LLC |
| • Caesars Baltimore Development Company, LLC | • Caesars Baltimore Management Company, LLC |
| • Caesars Entertainment Canada Holding, Inc. | • Caesars Entertainment Finance Corp. |
| • Caesars Entertainment Golf, Inc. | • Caesars Entertainment Retail, Inc. |
| • Caesars Entertainment Windsor Limited | • Caesars Escrow Corporation |
| • Caesars India Sponsor Company, LLC | • Caesars License Company, LLC |
| • Caesars Marketing Services Corporation | • Caesars Massachusetts Acquisition Company, LLC |
| • Caesars Massachusetts Development Company, LLC | • Caesars Massachusetts Investment Company, LLC |
| • Caesars Massachusetts Management Company, LLC | • Caesars New Jersey, Inc. |
| • Caesars Operating Escrow LLC | • Caesars Palace Corporation |
| • Caesars Palace Realty Corp. | • Caesars Palace Sports Promotions, Inc. |
| • Caesars Riverboat Casino, LLC | • Caesars Trex, Inc. |
| • Caesars United Kingdom, Inc. | • Caesars World Marketing Corporation |
| • Caesars World Merchandising, Inc. | • Caesars World, Inc. |
| • California Clearing Corporation | • Casino Computer Programming, Inc. |
| • CG Services, LLC | • Chester Facility Holding Company, LLC |
| • Christian County Land Acquisition Company, LLC | • Consolidated Supplies, Services and Systems |
| • Corner Investment Company Newco, LLC | • Cromwell Manager, LLC |
| • CZL Development Company, LLC | • CZL Management Company, LLC |
| • DCH Exchange, LLC | • DCH Lender, LLC |
| • Des Plaines Development Limited Partnership | • Desert Palace, Inc. |
| • Durante Holdings, LLC | • East Beach Development Corporation |
| • FHR Corporation | • FHR Parent, LLC |
| • Flamingo-Laughlin Parent, LLC | • Flamingo-Laughlin, Inc. |
| • GCA Acquisition Subsidiary, Inc. | • GNOC, Corp. |
| • Grand Casinos of Biloxi, LLC | • Grand Casinos of Mississippi, LLC - Gulfport |

| The Debtors | |
|---|---|
| • Grand Casinos, Inc. | • Grand Media Buying, Inc. |
| • Harrah South Shore Corporation | • Harrah's Arizona Corporation |
| • Harrah's Bossier City Investment Company, L.L.C. | • Harrah's Bossier City Management Company, LLC, a Nevada limited liability company |
| • Harrah's Chester Downs Investment Company, LLC | • Harrah's Chester Downs Management Company, LLC |
| • Harrah's Illinois Corporation | • Harrah's Interactive Investment Company |
| • Harrah's International Holding Company, Inc. | • Harrah's Investments, Inc. |
| • Harrah's Iowa Arena Management, LLC | • Harrah's Management Company |
| • Harrah's Maryland Heights Operating Company | • Harrah's MH Project, LLC |
| • Harrah's NC Casino Company, LLC | • Harrah's New Orleans Management Company |
| • Harrah's North Kansas City LLC | • Harrah's Operating Company Memphis, LLC |
| • Harrah's Pittsburgh Management Company | • Harrah's Reno Holding Company, Inc. |
| • Harrah's Shreveport Investment Company, LLC | • Harrah's Shreveport Management Company, LLC |
| • Harrah's Shreveport/Bossier City Holding Company, LLC | • Harrah's Shreveport/Bossier City Investment Company, LLC |
| • Harrah's Southwest Michigan Casino Corporation | • Harrah's Travel, Inc. |
| • Harrah's West Warwick Gaming Company, LLC | • Harveys BR Management Company, Inc. |
| • Harveys C.C. Management Company, Inc. | • Harveys Iowa Management Company, Inc. |
| • Harveys Tahoe Management Company, Inc. | • H-BAY, LLC |
| • HBR Realty Company, Inc. | • HCAL, LLC |
| • HCR Services Company, Inc. | • HEI Holding Company One, Inc. |
| • HEI Holding Company Two, Inc. | • HHLV Management Company, LLC |
| • HIE Holdings Topco, Inc. | • Hole in the Wall, LLC |
| • Horseshoe Entertainment | • Horseshoe Gaming Holding, LLC |
| • Horseshoe GP, LLC | • Horseshoe Hammond, LLC |
| • Horseshoe Shreveport, L.L.C. | • HTM Holding, Inc. |
| • JCC Holding Company II Newco, LLC | • Koval Holdings Company, LLC |
| • Koval Investment Company, LLC | • Las Vegas Golf Management, LLC |
| • Las Vegas Resort Development, Inc. | • Laundry Parent, LLC |
| • LVH Corporation | • LVH Parent, LLC |
| • Martial Development Corp. | • Nevada Marketing, LLC |
| • New Gaming Capital Partnership, a Nevada Limited Partnership | • Ocean Showboat, Inc. |
| • Octavius Linq Holding Co., LLC | • Parball Corporation |
| • Parball Parent, LLC | • PH Employees Parent, LLC |
| • PHW Investments, LLC | • PHW Las Vegas, LLC |
| • PHW Manager, LLC | • Players Bluegrass Downs, Inc. |
| • Players Development, Inc. | • Players Holding, LLC |
| • Players International, LLC | • Players LC, LLC |
| • Players Maryland Heights Nevada, LLC | • Players Resources, Inc. |
| • Players Riverboat II, LLC | • Players Riverboat Management, LLC |
| • Players Riverboat, LLC | • Players Services, Inc. |
| • Reno Crossroads LLC | • Reno Projects, Inc. |
| • Rio Development Company, Inc. | • Robinson Property Group Corp. |
| • Roman Entertainment Corporation of Indiana | • Roman Holding Corporation of Indiana |

| The Debtors | |
|---|---|
| • Showboat Atlantic City Mezz 1, LLC | • Showboat Atlantic City Mezz 2, LLC |
| • Showboat Atlantic City Mezz 3, LLC | • Showboat Atlantic City Mezz 4, LLC |
| • Showboat Atlantic City Mezz 5, LLC | • Showboat Atlantic City Mezz 6, LLC |
| • Showboat Atlantic City Mezz 7, LLC | • Showboat Atlantic City Mezz 8, LLC |
| • Showboat Atlantic City Mezz 9, LLC | • Showboat Atlantic City Operating Company, LLC |
| • Showboat Atlantic City Propco, LLC | • Showboat Holding, Inc. |
| • Southern Illinois Riverboat/Casino Cruises, Inc. | • Tahoe Garage Propco, LLC |
| • The Quad Manager, LLC | • TRB Flamingo, LLC |
| • Trigger Real Estate Corporation | • Tunica Roadhouse Corporation |
| • Village Walk Construction, LLC | • Winnick Holdings, LLC |
| • Winnick Parent, LLC | |

**Octavius Linq Holding Co., LLC**

**Written Consent of Directors**
**in Lieu of Meeting**

**Dated as of January 14, 2015**

The undersigned, being the member(s), the manager(s), the partner(s), or the member(s) of the board of directors, (each a "Board of Directors"), as applicable, for each of the entities listed above and set forth on **Schedule 1** hereto (each a "Company"), **DO HEREBY CONSENT** to the taking of the following actions in lieu of a meeting of the Board of Directors of the Company and **DO HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to applicable state law.

*Chapter 11 Filing*

WHEREAS, the Board of Directors has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and

RESOLVED, that any officers of the Company and Mary E. Higgins (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

*Retention of Professionals*

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the

Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of AP Services, LLC to provide Caesars Entertainment Operating Company, Inc. with a Chief Restructuring Officer and certain additional personnel and designate Randall Eisenberg as Chief Restructuring Officer of Caesars Entertainment Operating Company, Inc. along with certain additional personnel, as restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories (other than Randall Eisenberg), with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of AP Services, LLC.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

*Cash Collateral and Adequate Protection*

RESOLVED, that, in connection with the commencement of the Chapter 11 Cases, each of the Authorized Signatories, acting alone or with one or more other Authorized Signatories, is authorized and directed to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and any Authorized Signatory be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's Chapter 11 Cases, which agreement(s) may require the Company to grant liens to the Company's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Signatory approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

*General*

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors.

RESOLVED, that each of the Authorized Signatories (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Signatory shall

deem necessary or desirable in such Authorized Signatory's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date above first written.

MEMBER

Caesars Palace Realty Corp.

By: _____
Name: Mary E. Higgins
Title: Treasurer

## Schedule 1

1.   Octavius Linq Holding Co. LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING | ) Case No. 15-[_____] (___) |
| COMPANY, INC., et al.,[1] | ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE TOP 50 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 50 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately January 14, 2015. The Consolidated List is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. The information contained herein shall neither constitute an admission of liability by, nor bind, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1]   The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>Attn:  Kevin O'Brien, CEO<br>400 Madison Ave., 4th Floor<br>New York, NY 10017<br>Email:  N/A<br>Fax:  (212) 750 1361<br>Phone: (212) 750 6474 | Unsecured Notes | | $530,000,000.00 |
| 2 | CLARK COUNTY | CLARK COUNTY<br>Attn:  Steve Sisolak, Chair<br>500 S Grand Central Pkwy<br>1st Floor<br>Las Vegas, NV 89155<br>Email:<br>kevin.gullette@clarkcountynv.gov;<br>dainfo@clarkcountyda.com;<br>Fax:  N/A<br>Phone: (702) 455-6000 | Special Improvement Bonds | | $46,900,000.00 |
| 3 | IOWA GAMING COMMISSION | IOWA GAMING COMMISSION<br>Attn:  Brian J. Ohorilko, Administrator<br>Capitol Medical Office Building<br>1300 Des Moines Street, Ste. 100<br>Des Moines, IA 50309-5508<br>Email:  irgc@iowa.gov<br>Fax:  (515) 242-6560<br>Phone: (515) 281-7352 | Dog Racing Exit Costs | | $42,625,055.84 |
| 4 | IGT | IGT<br>Attn:  Patti S. Hart, CEO<br>6355 South Buffalo Drive<br>Las Vegas, NV 89113-2133<br>Email:  pr@igt.com<br>Fax:  (702) 896-8686<br>Phone: (702) 669-7777 | Trade Payable and Slot Financing | | $28,544,568.76 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 5 | HILTON HOTELS CORPORATION | HILTON HOTELS CORPORATION<br>Attn:  Kristin Campbell, General Counsel<br>7930 Jones Branch Drive<br>McLean, VA 22102<br>Email:  kristin.campbell@hilton.com<br>Fax:  N/A<br>Phone:  (703) 883-1000 | Pension Plan Litigation | Contingent, Unliquidated, Disputed | $25,000,000.00 |
| 6 | HOUSE OF BLUES | HOUSE OF BLUES<br>Attn:  Ron Benison, CEO<br>7060 Hollywood Blvd.<br>Hollywood, CA 90028<br>Email:  legalhob@livenation.com<br>Fax:  N/A<br>Phone:  (323) 769-4600 | Lease | Unliquidated | $13,792,438.00 |
| 7 | BOARD OF LEVEE COMMISSIONERS FOR THE YAZOO-MISSISSIPPI DELTA | BOARD OF LEVEE COMMISSIONERS FOR THE YAZOO-MISSISSIPPI DELTA<br>Attn:  Willie Gregory, President<br>140 Delta Avenue<br>Clarksdale, MS 38614<br>Email:  N/A<br>Fax: (662) 624-2450<br>Phone:  (662) 624-4397 | Lease | Unliquidated | $10,539,916.67 |
| 8 | SIMON GROUP | SIMON GROUP<br>Attn:  James M. Barkley, General Counsel<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Email:  jbarkley@simon.com;<br>rtucker@simon.com<br>Fax: (317) 263-7901<br>Phone:  (317) 636-1600 | Deferred Income / Signing Bonus | | $4,578,082.00 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 9 | EARL OF SANDWICH | EARL OF SANDWICH<br>Attn:  Steve Heeley, CEO<br>4700 Millenia Blvd. Suite 400<br>Orlando, FL 32839<br>Email:  info@earlofsandwichusa.com<br>Fax:  (407) 992-2987<br>Phone:  (877) 426-3275 | Lease | | $4,500,000.00 |
| 10 | VISA | VISA<br>Attn:  Kelly Mahon Tullier, General Counsel<br>900 Metro Center Blvd (at Vintage Park Dr.)<br>Foster City, CA 94404<br>Email:  ktullier@visa.com<br>Fax:  N/A<br>Phone:  (650) 432-7644 | Deferred Income / Signing Bonus | | $3,431,469.71 |
| 11 | EXPRESS SCRIPTS INC | EXPRESS SCRIPTS  INC<br>Attn:  Time Wentworth, President<br>One Express Way<br>St Louis, MO 63121<br>Email:  twentworth@express-scripts.com<br>Fax:  (800) 417-8163<br>Phone:  N/A | Trade Payable | | $3,257,277.29 |
| 12 | NORTH KANSAS CITY | NORTH KANSAS CITY<br>Attn:  Don Stielow, Mayor<br>City Hall<br>2010 Howell<br>N. Kansas City, MO 64116<br>Email:  dstielow@nkc.org<br>Fax:  N/A<br>Phone:  (816) 274-6000 | Lease | | $2,416,944.83 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 13 | JOHNNY ROCKETS | JOHNNY ROCKETS<br>Attn: John Fuller, CEO<br>20 Enterprise, Suite 300<br>Aliso Viejo, CA 92656<br>Email: N/A<br>Fax: (866) 209-9523<br>Phone: (949) 643-6100 | Lease | Unliquidated | $1,975,455.00 |
| 14 | ENCORE EVENT TECHNOLOGIES | ENCORE EVENT TECHNOLOGIES<br>Attn: Phil Cooper, CEO<br>5150 South Decatur Blvd<br>Las Vegas, NV 89118<br>Email: N/A<br>Fax: (702) 739-8831<br>Phone: (702) 739-8803 | Deferred Income / Signing Bonus | | $1,472,293.57 |
| 15 | BRAND INTERACTION | BRAND INTERACTION<br>Attn: Eric Simon<br>45 West 21st Street<br>Floor 2<br>New York, NY 10010<br>Email: info@brandinteractiongroup.com<br>Fax: (917) 591-9437<br>Phone: (212) 699-1885 | Cancellation Fee | | $1,454,000.00 |
| 16 | WMS GAMING | WMS GAMING<br>Attn: Katie Lever, General Counsel<br>c/o Scientific Games Corporation<br>750 Lexington Avenue<br>New York, NY 10022<br>Email: N/A<br>Fax: (702) 257-7750<br>Phone: (212) 754-2233 | Trade Payable and Slot Financing | | $1,231,090.15 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|------|------------------|------------------------------------------------------------------------------------|--------------------------------------------------------------------|--------------------------------------------------------------------------------|------------------------------------------------------------|
| 17 | STANDARD TEXTILE CO INC. | STANDARD TEXTILE CO INC.<br>Attn:  Gary Heiman, CEO<br>One Knollcrest Drive<br>Cincinnati, OH 45237<br>Email:  info@standardtextile.com<br>Fax:  513.761.0467<br>Phone:  800.999.0400 | Trade Payable | | $1,096,053.45 |
| 18 | SOUTHERN WINE & SPIRITS | SOUTHERN WINE & SPIRITS<br>Attn:  Wayne Chaplin, CEO<br>300 E. Crossroads Parkway<br>Bolingbrook Corporate Center<br>Bolingbrook, IL  60440-3516<br>Email:  N/A<br>Fax:  630-685-3700<br>Phone:  630-685-3000 | Trade Payable | | $968,192.76 |
| 19 | HALIFAX SECURITY INC. | HALIFAX SECURITY INC.<br>Attn:  Jason Oakley, CEO<br>301 Drum Point Road<br>Brick, NJ  08723<br>Email:  info@navcctv.com<br>Fax:  732-477-0886<br>Phone:  732-477-0686 | Trade Payable | | $920,266.14 |
| 20 | MICROSTRATEGY SERVICES CORP | MICROSTRATEGY SERVICES CORP<br>Attn:  Jonathan Klein, General Counsel<br>1850 Towers Crescent Plaza<br>Tysons Corner, VA 22182<br>Email:  info@microstrategy.com<br>Fax:  703-848-8610<br>Phone:  703-848-8600 | Trade Payable | | $865,061.25 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|------|-----------------|------------------------------------------------------------------------------------|--------------------------------------------------------------------|--------------------------------------------------------------------------------|------------------------------------------------------------|
| 21 | GRAVITY MEDIA LLC | GRAVITY MEDIA LLC<br>Attn:  Yuriy Boykiv, CEO<br>114 West 26th Street 8th Floor<br>New York, NY 10001<br>Email:  hello@mediagravity.com<br>Fax:  646-486-0030<br>Phone:  646-486-0000 | Trade Payable | | $817,178.38 |
| 22 | DCR WORKFORCE | DCR WORKFORCE<br>Attn:  Naveen Dua, Chief Executive Officer<br>7815 NW Beacon Square Boulevard Suite 224<br>Boca Raton, FL 33487<br>Email:  info@dcrworkforce.com<br>Fax:  888-880-1584<br>Phone:  888-327-4867 | Trade Payable | | $812,121.79 |
| 23 | A J BROWN INC. | A J BROWN INC.<br>Attn:  Daniel B. Steuber<br>635 Trade Center Blvd.<br>Chesterfield, MO 63005-1247<br>Email:  dan@ajbrown.com<br>Fax:  (636) 537-3335<br>Phone:  (636) 537-3636 | Trade Payable | | $776,960.12 |
| 24 | BALLY GAMING INC. | BALLY GAMING INC.<br>Attn:  Richard Haddrill, Chief Executive Officer<br>6601 South Bermuda Road<br>Las Vegas , NV 89119<br>Email:  N/A<br>Fax:  702-584-7710<br>Phone:  702-584-7700 | Trade Payable | | $757,241.29 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 25 | IBS SOFTWARE SERVICES | IBS SOFTWARE SERVICES<br>Attn:  Rajiv Shah, CEO<br>900 Circle 75 Parkway<br>Suite 550<br>Atlanta, GA 30339<br>Email:  ibsusa@ibsplc.com<br>Fax:  (678) 391 6099<br>Phone:  (678) 391 6080 | Trade Payable | | $693,560.00 |
| 26 | THE PRINTER INC. | THE PRINTER INC.<br>Attn:  Bill Benskin, President<br>1220 Thomas Beck Road<br>Des Moines, IA 50315<br>Email:  Info@the-printer.com<br>Fax:  515-288-9234<br>Phone:  515-288-7241 | Trade Payable | | $656,038.82 |
| 27 | PEPSI BOTTLING GROUP | PEPSI BOTTLING GROUP<br>Attn:  Eric J. Foss, President and CEO<br>One Pepsi Way<br>Somers, NY 10589-2201<br>Email:  N/A<br>Fax:  914-767-7761<br>Phone:  914-767-6000 | Trade Payable | | $592,378.91 |
| 28 | AETNA LIFE INSURANCE COMPANY | AETNA LIFE INSURANCE COMPANY<br>Attn:  Scott Snyder, Sales V.P.<br>151 Farmington Avenue<br>Hartford, CT 06156<br>Email:  snydersa@aetna.com<br>Fax:  N/A<br>Phone:  (800) 872-3862 | Trade Payable | | $550,368.51 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|------|------------------|-------------------------------------------------------------------|------------------------------------------------------------------|---------------------------------------------------------------------------------|-----------------------------------------------------------|
| 29 | AGILYSYS NV | AGILYSYS NV<br>Attn:  Kyle C. Badger, General Counsel<br>1000 Windward Concourse, Suite 250<br>Alpharetta, GA 30005<br>Email:  sales@agilysys.com;<br>kyle.badger@agilysys.com<br>Fax:  770.810.7892<br>Phone:  770.810.7800 | Trade Payable | | $546,524.33 |
| 30 | ARISTOCRAT TECHNOLOGIES INC. | ARISTOCRAT TECHNOLOGIES INC.<br>Attn:  Atul Bali, President<br>7230 Amigo Street<br>Las Vegas, NV 89119<br>Email:  atul.bali@aristocrat-inc.com;<br>mark.dunn@aristocrat-inc.com<br>Fax:  (702) 270-1001<br>Phone:  (702) 599-8000 | Trade Payable | | $521,932.14 |
| 31 | LLTQ ENTERPRISES LLC | LLTQ ENTERPRISES LLC<br>Attn:  Rowen Seibel<br>c/o Certilman Balin Attorneys<br>Paul B. Sweeney<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Email:  psweeney@certilmanbalin.com<br>Fax:  (516) 296-7111<br>Phone:  (516) 296-7000 | Trade Payable | | $506,412.22 |
| 32 | NOBU HOSPITALITY LLC | NOBU HOSPITALITY LLC<br>c/o  Berdon LLP<br>Attn:  Struan McKenzie<br>360 Madison Avenue<br>New York, NY 10017<br>Email:  N/A<br>Fax: 212-371-1159<br>Phone:  212-832-0400 | Trade Payable | | $459,963.85 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|------|------------------|-----------------------------------------------------------------------------------|--------------------------------------------------------------------|--------------------------------------------------------------------------------|-------------------------------------------------------------|
| 33 | HOSPITALITY NETWORK INC. | HOSPITALITY NETWORK INC.<br>Attn:  Chief Legal Officer<br>1700 Vegas Drive<br>Las Vegas, NV 89106<br>Email: Rob.Nickels@cox.com;<br>Charlotte.Barnett@cox.com<br>Fax:  702-435-4009<br>Phone:  702-435-4600 | Trade Payable | | $430,625.63 |
| 34 | HORNETS BASKETBALL LLC | HORNETS BASKETBALL LLC<br>Attn:  Fred Whitfield, President and COO<br>333 E Trade St<br>Charlotte, NC 28202-2331<br>Email:  info@hornets.com<br>Fax:  704-688-8727<br>Phone:  704-688-8600 | Trade Payable | | $393,750.00 |
| 35 | FISHNET SECURITY INC. | FISHNET SECURITY INC.<br>Attn:  Rich Fennessy, Chief Executive Office<br>6130 Sprint Pkwy Suite 400<br>Overland Park, KS  66211-1155<br>Email:  N/A<br>Fax:  816.421.6677<br>Phone:  816.421.6611 | Trade Payable | | $388,369.41 |
| 36 | SIMPLEX GRINNELL LP | SIMPLEX GRINNELL LP<br>Attn:  Robert Chauvin, President<br>50 Technology Dr<br>Westminster, MA 01441<br>Email:  N/A<br>Fax:  978-731-7839<br>Phone:  978-731-8519 | Trade Payable | | $386,742.32 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|------|------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------|------------------------------------------------------------------------------|------------------------------------------------------------|
| 37 | WIRTZ BEVERAGE NEVADA | WIRTZ BEVERAGE NEVADA<br>Attn:  Kevin Roberts, Senior Vice President<br>1849 West Cheyenne Avenue<br>North Las Vegas, NV 89032<br>Email:  N/A<br>Fax:  N/A<br>Phone:  (702) 735-9141 | Trade Payable | | $385,181.00 |
| 38 | TELEPERFORMAN CE USA | TELEPERFORMANCE USA<br>Attn:  Chief Legal Officer<br>6510 South Millrock Drive Suite 150<br>Holladay, UT 84121<br>Email:  unitedstates@teleperformance.com<br>Fax:  (801) 257-6246<br>Phone:  (801) 257-5800 | Trade Payable | | $383,039.74 |
| 39 | INTERNATIONAL BUSINESS MACHINE (IBM) | INTERNATIONAL BUSINESS MACHINE (IBM)<br>Attn:  Regional Counsel<br>425 Market Street, 21st Floor<br>San Francisco, CA 94105-2406<br>Email:  N/A<br>Fax:  (415) 545-4899<br>Phone:  N/A | Trade Payable | | $370,498.00 |
| 40 | GET FRESH | GET FRESH<br>Attn:  Jim Palladino, CEO<br>1548 18th Street<br>Santa Monica, CA 90404<br>Email:  customerservice@getfresh.net<br>Fax:  310-315-2644<br>Phone:  310-315-0020 | Trade Payable | | $367,243.27 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 41 | AON CONSULTING | AON CONSULTING<br>Attn:  Michael Mahoney<br>199 Fremont St Suite 1500<br>San Francisco, CA 94105<br>Email:  michael.mahoney@aon.com<br>Fax:  N/A<br>Phone:  415-486-7351 | Trade Payable | | $362,616.00 |
| 42 | CARTUS CORPORATION | CARTUS CORPORATION<br>Attn:  Kevin Kelleher, President & CEO<br>40 APPLE RIDGE ROAD<br>Danbury, CT  08610<br>Email:  officeofthepresident@cartus.com<br>Fax:  (888) 767-9358<br>Phone:  (888) 767-9358 | Trade Payable | | $359,931.34 |
| 43 | CHAOTIC MOON LLC | CHAOTIC MOON LLC<br>Attn:  Ben Lamm, CEO<br>319 Congress Ave., Suite 200<br>Austin, TX  78701<br>Email:  hello@chaoticmoon.com<br>Fax:  512-420-8801<br>Phone:  512-420-8800 | Trade Payable | | $351,406.86 |
| 44 | INSIGHT | INSIGHT<br>Attn:  Steve Dodenhoff, President<br>6820 South Harl Avenue<br>Tempe, AZ 85283<br>Email:  steve.dodenhoff@insight.com<br>Fax:  N/A<br>Phone:  (800) 467-4448 | Trade Payable | | $347,047.86 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 45 | G & G SYSTEMS | G & G SYSTEMS<br>Attn:  Robert Lisowski, President<br>4340 W. Hacienda Ave.<br>Las Vegas , NV  89118<br>Email:  info@ggsystems.net<br>Fax:  (702) 798-6584<br>Phone:  (702) 798-0995 | Trade Payable | | $316,250.50 |
| 46 | GLOBAL CASH ACCESS | GLOBAL CASH ACCESS<br>Juliet A. Lim, General Counsel<br>7250 S Tenaya Way<br>Suite 100<br>Las Vegas, NV 89113<br>Email:  corpinfo@gcamail.com<br>Fax: 702-364-8260<br>Phone:  (702) 855-3000 | Deferred Income / Signing Bonus | | $312,500.00 |
| 47 | GORDON RAMSAY | GORDON RAMSAY HOLDINGS LIMITED<br>Attn:  Gordon Ramsay<br>1 Catherine Place<br>London,  SW1E 6X<br>UK<br>Email:  mthomas@sheridans.co.uk<br>Fax: +44 (0) 20 7079 0200<br>Phone:  N/A | Trade Payable | | $307,479.03 |
| 48 | QUADRILLION TECHNOLOGY PARTNERS LLC | QUADRILLION TECHNOLOGY PARTNERS LLC<br>Attn:  George Stelling, Managing Partner<br>Park Seventeen Center<br>1717 MCKINNEY AVE  SUITE 700<br>DALLAS, TX 75202<br>Email:  gstelling@quadrillionpartners.com<br>Fax:  N/A<br>Phone:  (214) 301-5000 | Trade Payable | | $295,927.69 |

| Rank | Name Of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 49 | OBJECT SYSTEMS GROUP INC. | OBJECT SYSTEMS GROUP INC.<br>Attn:  President and/or General Counsel<br>8600 Freeport Pkwy Suite 400<br>Irving, TX 75063<br>Email:  N/A<br>Fax:  (972) 650-2020<br>Phone:  (972) 650-2026 | Trade Payable | | $289,387.50 |
| 50 | MAVAR, INC. | MAVAR, INC.<br>Attn:  Ronald G. Peresich, Esquire<br>Page, Mannino & Peresich<br>PO Drawer 289<br>Biloxi, MS  39533<br>Email:  ron.peresich@pmp.org<br>Fax:  (228) 432-5539<br>Phone:  (228) 374-2100 | Lease | | Undetermined |

### DECLARATION UNDER PENALTY
### OF PERJURY REGARDING CONSOLIDATED LIST OF CREDITORS

      Pursuant to 28 U.S.C. § 1746, I, Mary E. Higgins, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 50 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated:  January 15, 2015                  */s/ Mary E. Higgins*
                                        Mary E. Higgins
                                        Authorized Signatory

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OCTAVIUS LINQ HOLDING CO., LLC, | ) Case No. 15-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Octavius Linq Holding Co., LLC | Caesars Palace Realty Corp. | One Caesars Palace Dr. Las Vegas, Nevada 89109 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Mary E. Higgins, the undersigned authorized signatory of Octavius Linq Holding Co., LLC, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: January 15, 2015

/s/ Mary E. Higgins
Mary E. Higgins
Authorized Signatory

---

[1]  This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OCTAVIUS LINQ HOLDING CO., LLC, | ) | Case No. 15-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Caesars Palace Realty Corp. | 100% |

### DECLARATION UNDER PENALTY OF PERJURY

I, Mary E. Higgins, the undersigned authorized signatory of Octavius Linq Holding Co., LLC, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: January 15, 2015

/s/ Mary E. Higgins

Mary E. Higgins
Authorized Signatory

01/2012

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| OCTAVIUS LINQ HOLDING CO., LLC, | ) | Bankruptcy Case No. 15-____ (__) |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**DECLARATION REGARDING  ELECTRONIC FILING**
**PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.    [To be completed in all  cases]

I (We), Mary E. Higgins_____ and _____the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed  the petition, statements, schedules, and other  documents being filed with the petition; and (3) the  document s are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☑  I, Mary E. Higgins_____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Mary E. Higgins_____
Printed or Typed Name of Debtor or Representative

_____
Printed or Typed Name of Joint Debtor

_____
Signature of Debtor or Representative

_____
Signature of Joint Debtor

1/15/2015_____
Date

_____
Date